**WILDE & ASSOCIATES**  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  
and  
MARK S. BOSCO, ESQ.  
Arizona Bar No. 010167  
TIFFANY & BOSCO, P.A.  
2525 East Camelback Road, Suite 300  
Phoenix, Arizona 85016  
Telephone: (602) 255-6000  

Electronically Filed on _____

Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1  
09-77747 / 0157163379

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-09-53902-gwz |
|---|---|
| Robert John Jensen and Jennifer Leanne Jensen<br><br>Debtors. | Chapter 13 |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1

The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, NV 89107

DATED this 13th day of November, 2009.

                                          **WILDE & ASSOCIATES**

                                      By: /s/ Gregory L. Wilde, Esq
                                            **GREGORY L. WILDE, ESQ.**
                                            Attorney for Secured Creditor
                                            208 South Jones Boulevard
                                            Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1
09-77747 / 0157163379

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-53902-gwz |
| Robert John Jensen and Jennifer Leanne Jensen | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On __11/13/09__ I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X  a. ECF System

   Christopher Patrick Burke
   attycburke@charter.net
   Attorney for Debtors

   William Van Meter
   c13ecf@nvbell.net
   Trustee

    X  **b. United States mail, postage fully prepaid:**

Christopher Patrick Burke
702 Plumas St.
Reno, NV 89509
Attorney for Debtors

William Van Meter
P.O. Box 6630
Reno, NV 89513
Trustee

Robert John Jensen and Jennifer Leanne Jensen
909 Jessica Lane
Fernley, NV 89408
Debtors

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

    ☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 13th day of November, 2009.

By: _____