

Entered on Docket
December 07, 2010

Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1
10-72641

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-53902-gwz |
| Robert John Jensen and Jennifer Leanne Jensen | Chapter 13 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on November 15, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-

AB1 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 909 Jessica Lane, Fernley NV and legally described as follows:

> Lot 33, as shown on Final Map for Donner Trail Estates Phase I recorded in the Official Records of Lyon County, Nevada on June 15, 2000, as Document No. 249106.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /s/ Gregory E. Wilde
GREGORY E. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107